# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 06-712-GPM |
| C.O. SERLES, *et al.*, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for preliminary review of the amended complaint pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**DATED**: 01/31/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE